```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:10-CR-00320-MCE |
|---|---|
| Plaintiff, | ) |
| | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| CRISTINO CUEVAS-VALDOVINOS AKA CRISTIANO RODRIGUEZ MORA, and ADAN LOPEZ CRESPO, | ) ) ) |
| Defendants. | ) |

WHEREAS, on or about August 11, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement entered into between plaintiff and defendant Cristino Cuevas-Valdovinos forfeiting to the United States the following property:

      a.  One Ruger pistol, .22 caliber;

AND WHEREAS, beginning on August 16, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Cristino Cuevas-Valdovinos on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third

1  Final Order of Forfeiture

parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, on October 27, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement entered into between plaintiff and defendant Adan Lopez Crespo forfeiting to the United States the following property:

    a. One Ruger rifle, model 10/22, .22 caliber;

AND WHEREAS, beginning on October 29, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Adan Lopez Crespo on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Cristino Cuevas-Valdovinos and Adan Lopez Crespo:

        a.    One Ruger pistol, .22 caliber, and

        b.    One Ruger rifle, model 10/22, .22 caliber.

    2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

    3.    The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

    IT IS SO ORDERED.

Dated: February 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE